**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DION OLIVER** | **Case No. 1:18-CR-00075-JDW-4** |

**ORDER**

AND NOW, this 8th day of September, 2026, upon consideration of Dion Oliver's Motion To Vacate, Set Aside, Or Correct A Federal Sentence Or Conviction Pursuant to 28 U.S.C. § 2255 (D.I. 488), it is **ORDERED** that the Motion is **DENIED** for the reasons stated in the accompanying Memorandum.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.